# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR MANZANARES,<br><br>            Plaintiff,<br><br>    v.<br><br>FBI, et al.,<br><br>            Defendants.<br>_____/ | CASE NO. 1:07-cv-01500-LJO-SMS PC<br><br>ORDER DISMISSING ACTION, WITH PREJUDICE, AS FRIVOLOUS<br><br>(Doc. 1)<br><br>ORDER THAT THIS DISMISSAL COUNTS AS A STRIKE PURSUANT TO 28 U.S.C. § 1915(G) |

Plaintiff Hector Manzanares ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.[1] Plaintiff filed this action on October 15, 2007, and alleges that the Federal Bureau of Investigation ("FBI") in Washington, D.C. and defendant Flores with the FBI in Sacramento "gross negligently" failed to respond to his letters. (Comp., § IV.) Plaintiff further alleges that defendant Richardson, an attorney, violated an agreement "by attempting to commit suicide as a malingerer." (Id.)

The Court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). The Court must dismiss a complaint or portion thereof if the prisoner has raised claims that are legally

///

---

[1] Plaintiff neither paid the $350.00 filing fee in full nor filed a completed application to proceed in forma pauperis. In light of the nature of plaintiff's claims, the Court deems it in the interest of conservation of judicial resources to simply dismiss the action at this juncture rather than first attempt to obtain the filing fee or a completed application prior to dismissal.

1 "frivolous or malicious," that fail to state a claim upon which relief may be granted, or that seek
2 monetary relief from a defendant who is immune from such relief.  28 U.S.C. § 1915A(b)(1),(2).
3      A claim is legally frivolous when it lacks an arguable basis either in law or in fact.  <u>Neitzke</u>
4 <u>v. Williams</u>, 490 U.S. 319, 325 (1989); <u>Franklin v. Murphy</u>, 745 F.2d 1221, 1227-28 (9th Cir. 1984).
5 The Court may dismiss a claim as frivolous where it is based on an indisputably meritless legal
6 theory or where the factual contentions are clearly baseless.  <u>Neitzke</u>, 490 U.S. at 327.  The critical
7 inquiry is whether a constitutional claim, however inartfully pleaded, has an arguable legal and
8 factual basis.  See <u>Jackson v. Arizona</u>, 885 F.2d 639, 640 (9th Cir. 1989); <u>Franklin</u>, 745 F.2d at 1227.
9      In this instance, the claims alleged in this action are frivolous as they present no basis upon
10 which relief may be granted under federal law.  Accordingly, this action is HEREBY ORDERED
11 DISMISSED, with prejudice, as frivolous.  This dismissal SHALL count as a strike pursuant to 28
12 U.S.C. § 1915(g).

14 IT IS SO ORDERED.
15 **Dated:   October 18, 2007**                    /s/ Lawrence J. O'Neill
16                                              UNITED STATES DISTRICT JUDGE